# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>v.<br><br>**DANIEL ALEXANDER DIAZ-ROMERO**<br>a/k/a Manchas<br><br>**Defendant.** | **CASE NO. 2:17-CR-164(12)**<br><br>**JUDGE EDMUND A. SARGUS, JR.** |

## ORDER

Upon application of the United States, the government's motion to dismiss the Second Superseding Indictment (Doc. #179) in this case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure is **GRANTED**.  The government is hereby granted leave to dismiss the Second Superseding Indictment against Defendant Daniel Alexander Diaz-Romero (a/k/a Manchas).  A certified copy of this Order shall be the authority of the United States Marshal and other persons to act in the premises.

S/Edmund A. Sargus, Jr. 3/13/2024
HONORABLE EDMUND A. SARGUS, JR.
United States District Judge

Date: _____